IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case No.   3:06cr108

THOMAS MUNCEY,                JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-IMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH RE-RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD BY DEFENDANT; TERMINATION ENTRY

---

On August 18, 2017, the Defendant, having previously been found in violation of his re-imposed period of supervised release that began April 12, 2017, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid August 18, 2017, the Court revoked Defendant's re-imposed period of supervised release and remanded Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of six months, with all allowable pre-sentence jail time credit from July 25, 2017.

Defendant is ordered to serve a further re-imposed period of supervised release of twenty-seven months, upon the following conditions, to wit:

    1.        Defendant is to discharge any presently undischarged conditions of supervision;

2. Defendant is to receive dual diagnosis treatment for substance abuse and mental health counseling;

3. Defendant is to receive cognitive behavioral therapy/critical thinking skills/moral reconation therapy; and

4. The first ninety days of his further re-imposed period of supervised release are to be served in a halfway house facility where he can receive dual diagnosis treatment, either in the halfway house or under contract with another facility.

The Court recommends to the Bureau of Prisons that Defendant serve the remainder of the sentence imposed in a county jail facility, as close to his home in the Columbus, Ohio, area as is possible. In the event that Bureau of Prisons is unable to accommodate the Defendant in a county jail facility, this Court recommends he be placed in FCI Memphis, Tennessee.

Following the above, the Defendant's right of appeal was orally explained and he indicated an understanding of same.

Neither counsel for the Defendant nor for the Government had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Lyman Brown, U.S. Probation Officer