IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS E. MUNCEY,

    Defendant.

: Case No. 3:06cr108

: JUDGE WALTER H. RICE

---

ORDER PLACING FEDERAL DETAINER ON DEFENDANT

---

This Court places a federal detainer on defendant in the instant case. Defendant should be turned over the custody of the United States Marshal upon completion of his state sentence.

March 12, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal